# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                    DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ]  Yes [ ]    Judge Previously Assigned

If yes, was this case  Vol. [ ]   Invol. [ ]   Dismissed.  No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

Is this an international arbitration case?    No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

**TORTS**                                                                                   **ACTIONS UNDER STATUTES**

**CONTRACT**                **PERSONAL INJURY**      **PERSONAL INJURY**           **FORFEITURE/PENALTY**   **BANKRUPTCY**                       **OTHER STATUTES**

[ ] 110   INSURANCE         [ ] 310 AIRPLANE         [ ] 367 HEALTHCARE/           [ ] 625 DRUG RELATED     [ ] 422 APPEAL                       [ ] 375 FALSE CLAIMS
[ ] 120   MARINE            [ ] 315 AIRPLANE PRODUCT     PHARMACEUTICAL PERSONAL       SEIZURE OF PROPERTY      28 USC 158                       [ ] 376 QUI TAM
[ ] 130   MILLER ACT                LIABILITY            INJURY/PRODUCT LIABILITY      21 USC 881           [ ] 423 WITHDRAWAL                   [ ] 400 STATE
[ ] 140   NEGOTIABLE        [ ] 320 ASSAULT, LIBEL & [ ] 365 PERSONAL INJURY       [ ] 690 OTHER                28 USC 157                               REAPPORTIONMENT
          INSTRUMENT                SLANDER                  PRODUCT LIABILITY                                                                    [ ] 410 ANTITRUST
[ ] 150   RECOVERY OF       [ ] 330 FEDERAL          [ ] 368 ASBESTOS PERSONAL                                                                    [ ] 430 BANKS & BANKING
          OVERPAYMENT &             EMPLOYERS'               INJURY PRODUCT                                 **PROPERTY RIGHTS**                   [ ] 450 COMMERCE
          ENFORCEMENT               LIABILITY                LIABILITY                                                                            [ ] 460 DEPORTATION
          OF JUDGMENT       [ ] 340 MARINE                                                                  [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 470 RACKETEER INFLU-
[ ] 151   MEDICARE ACT      [ ] 345 MARINE PRODUCT   **PERSONAL PROPERTY**                                  [ ] 830 PATENT                                ENCED & CORRUPT
[ ] 152   RECOVERY OF               LIABILITY        [ ] 370 OTHER FRAUD                                   [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION    ORGANIZATION ACT
          DEFAULTED         [ ] 350 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING                              [ ] 840 TRADEMARK                              (RICO)
          STUDENT LOANS     [ ] 355 MOTOR VEHICLE                                                                                                 [ ] 480 CONSUMER CREDIT
          (EXCL VETERANS)           PRODUCT LIABILITY                                                       **SOCIAL SECURITY**                   [ ] 485 TELEPHONE CONSUMER
[ ] 153   RECOVERY OF       [ ] 360 OTHER PERSONAL                                **LABOR**                                                               PROTECTION ACT
          OVERPAYMENT               INJURY           [ ] 380 OTHER PERSONAL                                [ ] 861 HIA (1395ff)
          OF VETERAN'S      [ ] 362 PERSONAL INJURY -        PROPERTY DAMAGE      [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)              [ ] 490 CABLE/SATELLITE TV
          BENEFITS                  MED MALPRACTICE  [ ] 385 PROPERTY DAMAGE              STANDARDS ACT    [ ] 863 DIWC/DIWW (405(g))            [ ] 850 SECURITIES/
[ ] 160   STOCKHOLDERS                                       PRODUCT LIABILITY    [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI                        COMMODITIES/
          SUITS                                                                           RELATIONS        [ ] 865 RSI (405(g))                          EXCHANGE
[ ] 190   OTHER                                      **PRISONER PETITIONS**       [ ] 740 RAILWAY LABOR ACT
          CONTRACT                                   [ ] 463 ALIEN DETAINEE       [ ] 751 FAMILY MEDICAL                                          [ ] 890 OTHER STATUTORY
[ ] 195   CONTRACT          **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO             LEAVE ACT (FMLA)     **FEDERAL TAX SUITS**                         ACTIONS
          PRODUCT                                            VACATE SENTENCE                                                                      [ ] 891 AGRICULTURAL ACTS
          LIABILITY                                          28 USC 2255          [ ] 790 OTHER LABOR      [ ] 870 TAXES (U.S. Plaintiff or      [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE           **CIVIL RIGHTS**         [ ] 530 HABEAS CORPUS                LITIGATION               Defendant)                            MATTERS
                                                     [ ] 535 DEATH PENALTY        [ ] 791 EMPL RET INC     [ ] 871 IRS-THIRD PARTY               [ ] 895 FREEDOM OF
                            [ ] 440  OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER          SECURITY ACT (ERISA)       26 USC 7609                          INFORMATION ACT
**REAL PROPERTY**                   (Non-Prisoner)                                                                                                [ ] 896 ARBITRATION
                            [ ] 441 VOTING                                                                                                        [ ] 899 ADMINISTRATIVE
[ ] 210   LAND              [ ] 442 EMPLOYMENT                                    **IMMIGRATION**                                                         PROCEDURE ACT/REVIEW OR
          CONDEMNATION      [ ] 443 HOUSING/         **PRISONER CIVIL RIGHTS**                                                                            APPEAL OF AGENCY DECISION
[ ] 220   FORECLOSURE               ACCOMMODATIONS                                [ ] 462 NATURALIZATION
[ ] 230   RENT LEASE &      [ ] 445 AMERICANS WITH   [ ] 550 CIVIL RIGHTS                 APPLICATION                                             [ ] 950 CONSTITUTIONALITY OF
          EJECTMENT                 DISABILITIES -   [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION                                               STATE STATUTES
[ ] 240   TORTS TO LAND             EMPLOYMENT       [ ] 560 CIVIL DETAINEE               ACTIONS
[ ] 245   TORT PRODUCT      [ ] 446  AMERICANS WITH      CONDITIONS OF CONFINEMENT
          LIABILITY                 DISABILITIES -OTHER
[ ] 290   ALL OTHER         [ ] 448 EDUCATION
          REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION**      DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                         AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                              IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____   DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND:  [ ] YES  [ ] NO          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE                    SIGNATURE OF ATTORNEY OF RECORD        ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                [ ] NO
                                                                [ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT #                                                       Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)