```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2023

GLORIMAR RODRIGUEZ, et al.,

                              Plaintiffs,

-against-                                    **ORDER**

FORDHAM BEDFORD HOUSING COMPANY, et al.,     22-cv-6974 (JLR) (KHP)

                              Defendants.

**KATHARINE H. PARKER, United States Magistrate Judge.**

       As discussed at the May 12, 2023 Conference, by **Monday, June 12, 2023**, Plaintiffs shall file a status letter providing an outline of the proposed settlement structure.  If the letter contains confidential information, Plaintiff shall simultaneously move to file the letter under seal.  The letter motion to seal shall conform with the court's standing order, 19-mc-00583, and ECF Rules & Instructions, section 6.  The motion must be filed in public view, must explain the reasons for seeking to file information under seal, and should not include the confidential information sought to be filed under seal.  The proposed sealed document must be contemporaneously filed under seal and electronically related to the motion.  Further information regarding filing under seal is available on pages 6-7 of my Individual Rules.  *See* https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases.pdf.

       The parties are reminded of their option pursuant to 28 U.S.C. § 636(c) to consent to conduct all further proceedings before the undersigned U.S. Magistrate Judge.  If all parties consent, they shall complete the form available at

https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and return it to the Clerk of the Court.  This Order is not meant to interfere in any way with the parties' absolute right to decision by a U.S. District Judge, but it is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  Withholding consent will not result in any adverse consequences, however consenting to a Magistrate Judge's jurisdiction may result in a faster resolution of the motion.  If the parties withhold their consent, the undersigned will remain referred to issue a Report and Recommendation on the Infant Compromise Motion.

SO ORDERED.

Dated: New York, New York
      May 12, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge