# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **9/14/2023**

MY DIRECT DIAL IS:  631-247-4671
MY EMAIL ADDRESS IS:  BRIAN.SHENKER@JACKSONLEWIS.COM

September 14, 2023

**VIA ECF**

Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20B
New York, NY 10007

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

**09/14/2023**

Re:   *Glorimar Rodriguez et al. v. Fordham Bedford Housing Company et al.*
Civil Case No.:  22-cv-06974 (KHP)

Dear Judge Parker:

This law firm represents Fordham Bedford Housing Company and Metro Park Housing Development Corporation (collectively "Defendants") in connection with the above-referenced action.  Defendants, along with Plaintiffs, request a two week extension of time until September 29, 2023, to submit their motion for settlement approval and to seal pursuant to Local Rule 83.2.  This extension will not impact any other deadlines.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

s/*Brian Shenker*

Brian J. Shenker

Cc:   All counsel (via ECF)

4879-2284-9151, v. 1